UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH MARKOSKI,

        Plaintiff,

  v.

JERRY A. MARKOSKI, et al.,

        Defendants.

C17-837 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend, docket no. 22, is GRANTED as follows. Plaintiff shall electronically file any amended complaint within fourteen (14) days of the date of this Minute Order. Any responsive pleading or motion shall be filed within fourteen (14) days after such amended complaint is filed. *See* Fed. R. Civ. P. 15.

(2) Defendant Icicle Seafoods, Inc.'s motion to dismiss the original complaint, docket no. 18, is STRICKEN as moot.

(3) Defendant Icicle Seafoods, Inc.'s motion to stay, docket no. 28, is DENIED without prejudice. In light of the deadlines set forth above for plaintiff to file an amended complaint and for defendants to file responsive pleadings or motions, the Court CONTINUES the following deadlines:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | September 1, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | September 15, 2017 |
| Combined Joint Status Report and Discovery Plan | September 15, 2017 |

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of July, 2017.

                                              William M. McCool  
                                              Clerk

                                              s/Karen Dews  
                                              Deputy Clerk

MINUTE ORDER - 2