UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH MARKOSKI,

        Plaintiff,

v.

JERRY A. MARKOSKI, et al.,

        Defendants.

C17-837 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 39, is GRANTED, and Michael A. Barcott of Holmes Weddle & Barcott may withdraw as counsel of record for defendant Jerry A. Markoski, effective immediately. In signing the stipulated motion, James McCurdy of Lindsay Hart, LLP is treated as having appeared on behalf of defendant Jerry A. Markoski, and the Clerk is hereby DIRECTED to update the docket accordingly.

(2) The parties' other stipulated motion, docket no. 40, is also GRANTED, and the following deadlines are hereby EXTENDED:

| | |
|---|---|
| Deadline to file a responsive pleading or motion | September 21, 2017 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | October 2, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | October 16, 2017 |
| Combined Joint Status Report and Discovery Plan | October 16, 2017 |

MINUTE ORDER - 1

(3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2017.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk