UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH MARKOSKI,

    Plaintiff,

v.

JERRY A. MARKOSKI, et al.,

    Defendants.

C17-837 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 49, is GRANTED, and the deadline for joining additional parties is CONTINUED to March 1, 2018. All other dates and deadlines set forth in the Minute Order entered October 30, 2017, docket no. 47, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of November, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1