UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MARKOSKI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JERRY A. MARKOSKI, et al.,<br><br>　　　　　Defendants. | C17-837 TSZ<br><br>ORDER |

Counsel having advised the Court that this matter has been resolved, *see* Stipulation for Dismissal (docket no. 53), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 22nd day of May, 2018.

　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1